IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| Monte Bone, | ) |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 4:23-cv-00615-HFS |
| UNUM Life Ins. Co. of America, | ) ) ) |
| Defendant. | ) ) |

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal if this action and counterclaim with prejudice. (Doc. 14). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore,

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own fees and costs.

                                              */s/ Howard F. Sachs*
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE

Dated: March 13, 2024
Kansas City, Missouri